# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00113-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARIE L. HALLFORD,

    Defendant.

---

### GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b) TO AWARD DEFENDANT CARIE HALLFORD A DECREASE IN OFFENSE LEVEL BY ONE ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY

---

    The United States of America respectfully moves this Court to enter an Order awarding defendant Carie Hallford a decrease in offense level by one additional level for acceptance of responsibility. The Government files this Motion pursuant to U.S.S.G. §3E1.1(b).

    As grounds, the Government states that the Defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government to allocate its resources efficiently.

    WHEREFORE, the Government moves the Court to grant this Motion and award

//

//

1

the Defendant a decrease in offense level by one additional level based on his acceptance of responsibility.

Respectfully submitted this 24th day of February, 2025.

J. Bishop Grewell
Acting United States Attorney

By:  *s/ Tim Neff*
Tim Neff
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Tim.Neff@usdoj.gov
Attorney for the Government

By: *s/ Craig G. Fansler*
Craig G. Fansler
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Craig.Fansler2@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this 24th day of February, 2025, I electronically filed the foregoing **GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b) TO AWARD DEFENDANT CARIE HALLFORD A DECREASE IN OFFENSE LEVEL BY ONE ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

      By:  *s/Ilmira Allazova*
            Legal Administrative Specialist
            United States Attorney's Office