IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 24-cr-00113-NYW-2 | Date: March 4, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |
| Probation Officer: Paige Meador | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff |
|  | Craig Fansler |
| Plaintiff, | |
| v. | |
| 2. CARIE L. HALLFORD, | Robert Charles Melihercik |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**2:07 p.m.    Court in session.**

Appearances of counsel. Defendant present in custody.

On February 24, 2025, this Court issued a Minute Order concluding that the Plea Agreement, which would bind the Court to the recommendation of the United States and Defendant, is not in the public interest [Doc. 80].

Court informs the Parties that it rejects the Plea Agreement under Rule 11(c)(1)(C).

Court's advisements to Defendant.

Defendant states that she wishes to withdraw her plea of guilty.

**ORDERED:  Parties shall contact chambers to set a trial date in this matter.**

**ORDERED:  Defendant is remanded to the custody of the U.S. Marshal.**

**2:11 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     0:04