**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-113-NYM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. CARIE L. HALLFORD,

     Defendant.

---

**SECOND NOTICE OF DISPOSITION**

---

     Ms. Carie L. Hallford, by and through her legal counsel, Robert Charles Melihercik, Melihercik Law LLC, hereby notifies this Court that a disposition has been reached in the instant case and respectfully requests a Change of Plea Hearing.  Provided the Court does grant this request, the defendant requests to have the Court's Judicial Assistant contact counsel with dates for said hearing noting the case is currently set for a jury trial to begin on September 8, 2025.

     Counsel has conferred with Assistant U.S. Attorney Timothy Neff, and undersigned counsel has been authorized to state the government has no objection to this Notice of Disposition or request for a Change of Plea Hearing.

     WHEREFORE, undersigned counsel respectfully gives notice of a disposition and requests a Change of Plea Hearing as described above.

Respectfully submitted,


Dated:  July 3, 2025                         s/Robert Charles Melihercik
                                             **Robert Charles Melihercik**
                                             Melihercik Law LLC
                                             7765 Wadsworth Blvd., #746327
                                             Arvada, CO, 80006
                                             Phone:  720-707-2854
                                             Email:  chaz@meliherciklaw.com
                                             *Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on July 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

s/ Robert Charles Melihercik

**Robert Charles Melihercik**
