IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 24-cr-00113-NYW-2 | Date: August 4, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 2. CARIE L. HALLFORD, <br><br> Defendant. | Tim Neff <br> Craig Fansler <br><br><br><br> Robert Charles Melihercik |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**10:04 a.m.**     Court in session.

Appearances of counsel.  Defendant present in custody.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant sworn.

Defendant advised of trial rights, forfeiture, appellate rights, penalties, sentencing guidelines, and other constitutional rights.

Defendant enters plea of guilty to Count 11 of the Indictment and admits the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:  Court Exhibits 1 and 2 are admitted.**

**ORDERED:** Defendant's plea of guilty to Count 11 of the Indictment is accepted.

**ORDERED:** The Court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for December 3, 2025 at 1:30 p.m. in Courtroom A902 before Judge Nina Y. Wang. All dates other than the Sentencing date are vacated. To the extent that the probation department needs less time to prepare an addendum to the presentence investigation report that is already completed, the Parties shall call Judge Wang's chambers to request an earlier sentencing date.

**ORDERED:** Counsel shall file any sentencing positions or any other motions that pertain to sentencing at least 14 days before the Sentencing date. Any responses or objections to such filings must be filed no later than 7 days before the Sentencing date.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

**10:30 a.m.**    **Court in recess.**

Hearing concluded.
Total time in court:    0:26