IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Criminal Action: 24-cr-00113-NYW-2 | Date: November 14, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff |
| Plaintiff, | |
| v. | |
| 2. CARIE L. HALLFORD, | Robert Charles Melihercik |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**10:01 a.m.**     **Court in session.**

Appearances of counsel. Defendant's presence is excused.

Discussion regarding the length and timing of Defendant's sentencing hearing. Court notes that it has a civil jury trial set the same day as Defendant's sentencing hearing.

Parties have stipulated that the Court may take judicial notice and weigh the victim statements as they were provided for in 24-cr-00113-NYW-1, United States of America v. Jon M. Hallford. Court will not preclude the victims from making different statements at Ms. Hallford's sentencing hearing.

**ORDERED:** Sentencing Hearing set for December 3, 2025 at 1:30 p.m. is vacated and reset for March 16, 2026 at 9:30 a.m. for half a day in Courtroom A-902 before Judge Nina Y. Wang. The Courtroom Deputy will set up the public phone line for any victims who wish to make a statement at the Sentencing Hearing. The victims and public may participate using the following dial-in information: 571-353-2301; Access Code: 783456374.

**10:11 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    0:10