# GOVERNMENT EXHIBIT 1

# Text #1

---

From: +17192906026
To: +17199644298 Carie Hallford (owner)

Do you want to meet in Penrose and get in the suburban with me? Or do we wanna just leave the suburban in Penrose? That would actually probably be best because it such a big vehicle

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 6/3/2020 11:17:30 PM(UTC+0) | |

Status: Read

6/3/2020 11:17:05 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x6FCAA64 (Table: message, handle; Size: 378068992 bytes)

---

From: +17192906026
To: +17199644298 Carie Hallford (owner)

Are we meeting in Penrose?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 6/3/2020 11:34:32 PM(UTC+0) | |

Status: Read

6/3/2020 11:31:58 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x6FC5CD3 (Table: message, handle; Size: 378068992 bytes)

---

From: +17192906026
To: +17199644298 Carie Hallford (owner)

You're frustrated! I'm sorry, I assure you it's not for any other reason than trail and error, it's R and D, it's learning as I go. I'm trying, and I'm beyond freaked out. We're getting everything we want right now and that fucking Penrose could screw everything! No one wants those bodies gone more than I do! I'm sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 6/4/2020 3:07:34 AM(UTC+0) | |

Status: Read

6/4/2020 3:06:35 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x6FC4F6D (Table: message, handle; Size: 378068992 bytes)

127

> **From:** +17199644298 Carie Hallford (owner)
>
> Yes we are ok...I have a lot going on in my brain and I'm sorry I can't just shut it off. I'm thinking about the house, the loan, what do we still need to get taken care of to process the loan, cremation dates, am I upsetting families because we're running so far behind, and yes Penrose.
> It's nothing against you, but when you make me feel bad for not being super cheerful, then that gets me worked up.
> And yes I want you inside me too, but I'd like to be in a better mindset to be able to flirt with you.
>
> **Status:** Sent
>
> 6/4/2020 3:41:22 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x6FB4A58 (Table: message; Size: 378068992 bytes)

> **From:** +17199644298 Carie Hallford (owner)
>
> Barbara just told me donor alliance will call with an ETA on when they will be in Penrose
>
> **Status:** Sent
>
> 6/5/2020 8:29:58 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x6F78C49 (Table: message; Size: 378068992 bytes)

> **From:** +17192906026
> **To:** +17199644298 Carie Hallford (owner)
>
> I'm in the green van, the coolant tank was 100% empty. I imagine it probably had a bit of water in it and sitting outside in Penrose just suck the shit out of it. I don't have a phone charger so if you don't see me in Penrose by 5 PM then take care of donor alliance and start looking for me please. I'll be broke down somewhere on 115
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +17199644298 Carie Hallford | | 6/5/2020 10:07:59 PM(UTC+0) | |
>
> **Status:** Read
>
> 6/5/2020 10:07:56 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x6F99F6D (Table: message, handle; Size: 378068992 bytes)

> **From:** +17192906026
> **To:** +17199644298 Carie Hallford (owner)
>
> The truth is that I am completely and utterly freaked out by Penrose. It is the one and only thing that came completely fuck us and if it happens it's because I was not able to pull it off. I'm sorry about today I'm sorry about a lot of things but I swear to God I'm trying with all of my heart to get this done. I don't want to fail our family
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +17199644298 Carie Hallford | | 6/5/2020 10:13:17 PM(UTC+0) | |
>
> **Status:** Read
>
> 6/5/2020 10:13:13 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x6F8AD4B (Table: message, handle; Size: 378068992 bytes)

# Text #2

> From: +17192906026
> To: +17199644298 Carie Hallford (owner)
>
> By December 6th we need to begin cleaning and restoring the building in Penrose to be out by Dec. 31st.
>
> Options
>
> A. - Build a new machine ASAP
>
> B. Dig a big hole and use lye
>
> Where ?
>
> C. Dig a small hole and build a large fire
>
> Where ?
>
> D. I go to prison, which is probably what's going to happen.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +17199644298 Carie Hallford | | 10/6/2020 3:49:41 PM(UTC+0) | |
>
> Status: Read
>
> 10/6/2020 3:48:21 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x675AF6D (Table: message, handle; Size: 378068992 bytes)

> From: +17199644298 Carie Hallford (owner)
>
> We got a call from Penrose Hospital. are we just gonna let it lie
>
> Status: Sent
>
> 10/23/2020 12:22:49 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x660F7C2 (Table: message; Size: 378068992 bytes)

# Text #3

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

I'm literally begging you, please come home there is still enough time for you to get on a plane and come to Colorado, please!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 8/13/2023 7:00:48 PM(UTC+0) | |

**Status:** Read

8/13/2023 6:59:56 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x188B2B0 (Table: message, handle; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

If Penrose were to get exposed, we both lose everything anyway. We can't allow that to happen. We can't allow our family to be destroyed. I don't know what's happening with the kids but I know that I'm willing to do whatever it takes to fix it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 8/13/2023 7:01:17 PM(UTC+0) | |

**Status:** Read

8/13/2023 7:01:16 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x18799A2 (Table: message, handle; Size: 378068992 bytes)

---

**From:** +17199644298 Carie Hallford (owner)

There's nothing you or I can do to fix it. We cannot be together. We have business to deal with and I want to help deal with it.
The kids are done!

**Status:** Sent

8/13/2023 7:04:10 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x188BD38 (Table: message; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

We need the money tomorrow, we will go to jail, and you will lose the kids. We have to handle these things, and I need you here now to handle them.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 8/13/2023 7:04:55 PM(UTC+0) | |

**Status:** Read

8/13/2023 7:04:54 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x1865634 (Table: message, handle; Size: 378068992 bytes)

# Text #4

**From:** +17192906026
**To:** +17199644298 Carie Hallford (owner)

And I need to hit Home Depot after the last AC guy comes and I really want to knock out penrose tomorrow. Any chance we can roll the Jews ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 4/2/2021 6:18:26 PM(UTC+0) | |

**Status:** Read

4/2/2021 6:18:25 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x5499AB7 (Table: message, handle; Size: 378068992 bytes)

---

**From:** +17192906026
**To:** +17199644298 Carie Hallford (owner)

I mean Sunday or next weekend would be best, probably next weekend but we really need to get a hustle on Penrose, it's the biggest loser end of any loose ends that has ever been a loose end

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 4/2/2021 6:21:20 PM(UTC+0) | |

**Status:** Read

4/2/2021 6:21:20 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x5485F63 (Table: message, handle; Size: 378068992 bytes)

---

**From:** +17192906026
**To:** +17199644298 Carie Hallford (owner)

Do you understand IF we get the $350,000 it will completely get us out of debt and handle Penrose

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 4/7/2021 12:12:29 PM(UTC+0) | |

**Status:** Read

4/7/2021 12:12:29 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x540657E (Table: message, handle; Size: 378068992 bytes)

---

**From:** +17199644298 Carie Hallford (owner)

I know!!! Penrose!

**Status:** Sent

4/7/2021 12:12:46 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x53F4553 (Table: message; Size: 378068992 bytes)