# Defense Exhibit #1: Text Messages

**From:** +17199644298 Carie Hallford (owner)
The camper should sell fast too especially this time of year
**Status:** Sent
5/9/2022 3:05:33 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x3712319 (Table: message; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

I just need the paperwork BUT what I'd really like is to finish what I'm doing. I'm barely in the fucking zone now! Barely! It takes me being in the right mindset to do this and it's nearly impossible with interruptions and negativity!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/9/2022 3:06:52 AM(UTC+0) | |

**Status:** Read
5/9/2022 3:06:48 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x372399B (Table: message, handle; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

And I'm out now! Dammit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/9/2022 3:07:19 AM(UTC+0) | |

**Status:** Read
5/9/2022 3:07:17 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x373469B (Table: message, handle; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

I was soooooo on a roll

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/9/2022 3:07:27 AM(UTC+0) | |

**Status:** Read
5/9/2022 3:07:25 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x3712F51 (Table: message, handle; Size: 378068992 bytes)

---

May 9, 2022
Carie texts Jon about a selling their camper to raise funds, but interrupted Jon as he was writing "comedy." Carie apologizes for interrupting his creative "roll" which Jon says is "absolutely fucking inconsiderate."

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

And probably $400 a pop for the armor vests and anything and everything I can find tomorrow. Including my watches. Anything I can do to get us out of this mess that I've put us in, ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/9/2022 3:10:16 AM(UTC+0) | |

Status: Read

5/9/2022 3:10:07 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x3721F51 (Table: message, handle; Size: 378068992 bytes)

---

From: +17199644298 Carie Hallford (owner)

I'm sorry I bothered you by texting

Status: Sent

5/9/2022 3:11:10 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x37335CA (Table: message; Size: 378068992 bytes)

---

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

It's not bad at all, and these are absolutely things that we need to talk about, and we have talked about but when you know I'm down here writing I'm just really surprised that you would come at me with something like this, when you know I'm fucking riding. But it's over now, my mind is absolutely fucking off of this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/9/2022 3:11:55 AM(UTC+0) | |

Status: Read

5/9/2022 3:11:39 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x3710756 (Table: message, handle; Size: 378068992 bytes)

---

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

Absolutely fucking inconsiderate

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/9/2022 3:11:55 AM(UTC+0) | |

Status: Read

5/9/2022 3:11:49 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x371F4E5 (Table: message, handle; Size: 378068992 bytes)

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

I did

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:53:29 PM(UTC+0) | |

Status: Read

3/27/2023 2:53:29 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2219ABA (Table: message, handle; Size: 378068992 bytes)

March 27, 2023

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

Why are you so fucking stupid that you were still not understanding. I felt rejected without understanding. Why I felt rejected because you would not communicate to me. Last night in bed at the end of the weekend is when it all came out, have you just giving that to me earlier in the weekend? All of this could've been avoided all of this is escalated ==because you are fucking dumb.==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:54:05 PM(UTC+0) | |

Status: Read

3/27/2023 2:54:05 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2228862 (Table: message, handle; Size: 378068992 bytes)

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

==I wasn't just trying to fuck you I was trying to interact with you and be sweet to you and hug you and be around you and the way that you pushed me away made me feel rejected, and I didn't understand why, because I honestly felt as if our relationship was not based on our bank account==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:54:37 PM(UTC+0) | |

Status: Read

3/27/2023 2:54:37 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x221DF51 (Table: message, handle; Size: 378068992 bytes)

Ms. Hallford apparently did not want to be intimate so Mr. Hallford calls her "dumb," says he feels "rejected," accuses her of only being with him for money, tells her "you are still my goddamm wife," calls her a "fucking cunt," twice threatens to leave with Ms. Hallford's step-son, and ends by calling her a "money whore."

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

==Apparently it is based on our bank account, like I have suspected in the past==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:54:53 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:54:52 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x222DAE8 (Table: message, handle; Size: 378068992 bytes)

---

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

Have your bad day! Regardless of how bad my day is, I don't reject you, I do take it personal when you push me away regardless, ==if it's me trying to fuck you or not, you're still my goddamn Wife==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:55:19 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:55:18 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2220B02 (Table: message, handle; Size: 378068992 bytes)

---

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

Don't worry, I will never fucking show any type of oversensitivity towards you again you ==fucking Cunt==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:55:39 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:55:39 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2231F51 (Table: message, handle; Size: 378068992 bytes)

---

From: +17199644298 Carie Hallford (owner)

Liked "Don't worry, I will never fucking show any type of…"

**Status:** Sent

3/27/2023 2:55:58 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x222535E (Table: message; Size: 378068992 bytes)

Page 7

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

You need to figure something out with taking her, and go fuck yourself

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:56:18 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:56:13 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2219D32 (Table: message, handle; Size: 378068992 bytes)

**From:** +17199644298 Carie Hallford (owner)

Ok so are you going to take him?

**Status:** Sent

3/27/2023 2:56:48 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2228ABB (Table: message; Size: 378068992 bytes)

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

==I'm leaving, there is NO reason for me to be here! You can go to fucking hell, and I swear to God, I mean that. I'll take H with me. Neither of us are wanted here anyway.==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:57:36 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:57:36 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x221C2E7 (Table: message, handle; Size: 378068992 bytes)

"H" refers to Jon's son/Carie's stepson.

**From:** +17199644298 Carie Hallford (owner)

That's not true and you fucking know it!!!

**Status:** Sent

3/27/2023 2:58:05 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x222DD59 (Table: message; Size: 378068992 bytes)

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

**Fuck off you money whore**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:58:17 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:58:17 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2220D1D (Table: message, handle; Size: 378068992 bytes)

---

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

Do not make him an appointment, it'll be a waste because he's not going

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:58:57 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:58:44 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2230395 (Table: message, handle; Size: 378068992 bytes)

---

From: +17199644298 Carie Hallford (owner)

Why not? The appt is already set

**Status:** Sent

3/27/2023 2:59:15 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2225656 (Table: message; Size: 378068992 bytes)

---

From: +14153777658 Dad
To: +17199644298 Carie Hallford (owner)

**Are you so fucking stupid?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 3/27/2023 2:59:24 PM(UTC+0) | |

**Status:** Read

3/27/2023 2:59:24 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2219F51 (Table: message, handle; Size: 378068992 bytes)

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

It's not that I always do this when things get tough, fuck off. I'm exhausted!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 4/29/2023 5:17:28 PM(UTC+0) | |

**Status:** Read

4/29/2023 5:17:27 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2032380 (Table: message, handle; Size: 378068992 bytes)

---

**From:** +17199644298 Carie Hallford (owner)

And what exactly happened this morning. Every other sentence out of your mouth was you bitching at me about something. I was laying there with you trying to be sweet.
It's like one second you're the sweetest thing, and the very next you're a complete jerk. And I know it's pure exhaustion because you're not sleeping, but do not blame me. And for fucks sake please stop airing our conversations to everyone!!!

**Status:** Sent

4/29/2023 5:23:33 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x2037F58 (Table: message; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

==Quit telling me that my negativity is taking the life out of everyone here, do you know how close to suicide you fucking push me with every fucking text you send==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 4/29/2023 5:24:16 PM(UTC+0) | |

**Status:** Read

4/29/2023 5:24:13 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x202AA11 (Table: message, handle; Size: 378068992 bytes)

**April 29, 2023
Jon threatens to commit suicide during an argument.**

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

==I am so ready to just fucking walk away from all of this by whatever fucking means that is==

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 4/29/2023 5:24:24 PM(UTC+0) | |

**Status:** Read

4/29/2023 5:24:24 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x20392C2 (Table: message, handle; Size: 378068992 bytes)

# Page 12

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

**Attachments:**



Title: IMG_0332.jpeg
Size: 0
Path: https://p56-content.icloud.com/M52B4F1E174A4F54D8308DFD8C665ADE0DCC8C50DD26DD77535156CE8AFD600F2.C01USN00
(Empty File)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/7/2023 2:52:33 AM(UTC+0) | |

**Status:** Read

5/7/2023 2:52:25 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x1F606EC (Table: message, handle, attachment; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

YOU ARE ABOUT TO START SOME SHIT

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/7/2023 8:02:28 AM(UTC+0) | |

**Status:** Read

5/7/2023 8:02:23 AM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x1F59972 (Table: message, handle; Size: 378068992 bytes)

**May 7, 2023**
**Jon blames Ms. Hallford for having her period, calls her a fucking cunt, and then threatens suicide.**

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

Dealing with you when you were like this is absolutely what pushes me to the edge and makes me just wanna fucking exit this place so bad. Makes me feel completely isolated and alone and makes me just want to fucking do it and it all the fucking over!!

I don't know if it's hormones or if you're just a fucking Cunt or what the fucking problem is when you get like this, there is no communicating with you. Not until you get back to a normal state of mind, which this is not fucking yet.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 5/7/2023 3:16:32 PM(UTC+0) | |

**Status:** Read

5/7/2023 3:16:22 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x1F657AB (Table: message, handle; Size: 378068992 bytes)

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

Do you know why I work out? Because I have been worried for years that you're gonna miss Jeremy's sexy body and that someday somebody else who has a sexy body's gonna flirt with you and you're gonna think "oh my husband's a big fat ass"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 8/13/2023 7:17:15 PM(UTC+0) | |

**Status:** Read

8/13/2023 7:16:54 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x186C622 (Table: message, handle; Size: 378068992 bytes)

August 12, 2023

*Jeremey refers to Ms. Hallford's ex-husband.

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

I am crazy about you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 8/13/2023 7:17:15 PM(UTC+0) | |

**Status:** Read

8/13/2023 7:17:01 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x187D65F (Table: message, handle; Size: 378068992 bytes)

---

**From:** +14153777658 Dad
**To:** +17199644298 Carie Hallford (owner)

I don't know what's gonna happen but all I know is that I have to come to you, so if you're going to Tulsa I'm loading up and I'm coming to Tulsa

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17199644298 Carie Hallford | | 8/13/2023 7:19:13 PM(UTC+0) | |

**Status:** Read

8/13/2023 7:18:13 PM(UTC+0)

Source Info:
00008110-001449A13E40A01E_files_aiq.zip/private/var/mobile/Library/SMS/sms.db : 0x187C930 (Table: message, handle; Size: 378068992 bytes)