## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-113-NYM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. CARIE L. HALLFORD,

     Defendant.

---

## DEFENDANT'S NOTICE OF APPEAL

---

Ms. Carie L. Hallford, by and through her legal counsel, Robert Charles Melihercik, Melihercik Law LLC, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order entered on March 18, 2026 at ECF No. 161.

Respectfully submitted,

Dated:  March 24, 2026

s/Robert Charles Melihercik
**Robert Charles Melihercik**
Melihercik Law LLC
7765 Wadsworth Blvd., #746327
Arvada, CO, 80006
Phone:  720-707-2854
Email:  chaz@meliherciklaw.com
*Attorney for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

<u>s/ Robert Charles Melihercik</u>
**Robert Charles Melihercik**